IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES ALFRED RAMEY | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-580 |
| DIRECTOR, TDCJ-CID | § | |

**SHOW CAUSE ORDER**

The court has examined the petition for writ of habeas corpus submitted by petitioner, and has determined that a response from respondent is required. Accordingly, it is hereby

**ORDERED** that the Clerk of Court shall issue process and the respondent shall have 40 days in which to show cause why the writ should not be granted or to otherwise plead.

Pursuant to the written consent of the Texas Attorney General's Office, copies of the petition, attachments, and orders will be served electronically upon the Texas Attorney General, counsel for the Director, and will be directed to the attention of Edward Marshall, Assistant Attorney General, Postconviction Litigation Division, at Edward.Marshall@texasattorneygeneral.gov and Laura Haney at Laura.Haney@oag.state.tx.us. *See* Fed. R. Civ. P. 5(b)(2)(E).

SIGNED this 18th day of November, 2019.

_____
Zack Hawthorn
United States Magistrate Judge